IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JONATHAN DAVIS,

    Plaintiff,

v.

JASON BRAGG and JIMMY MCDUFFIE,

    Defendant.

CIVIL ACTION NO.: 4:20-cv-244

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's October 6, 2020, Report and Recommendation, (doc. 4), to which plaintiff has not filed an objection. The Court, therefore, **ADOPTS** the Report and Recommendation as its opinion.

The Magistrate Judge recommended that plaintiff's motion for leave to proceed *in forma pauperis* be denied and the case dismissed. (Doc. 4). In his motion, plaintiff attests to earning $1,800.00 in monthly wages and holding an additional $1,400.00 in other liquid assets. (Doc. 2). As the Magistrate Judge noted in his Report and Recommendation, "the fact that financing his own litigation may cause some difficulty is not sufficient to relieve a plaintiff of his obligation to pay his own way where it is possible to do so without undue hardship." (Doc, 4 at 2 (citing *Thomas v. Sec'y of Dep't of Veterans Affairs*, 358 F. App'x. 115, 116 (11th Cir. 2009)). Though plaintiff's claimed expenses equal his monthly wages, he has not established that the payment of the required filing fee would present a burden beyond reducing his personal savings. Accordingly, the Court **ADOPTS** the Report and Recommendation (doc. 4) as its opinion. The motion for leave to

proceed *in forma pauperis* is **DENIED** (doc. 2) and the complaint is **DISMISSED WITHOUT PREJUDICE**.   The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 17th day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA