IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JONATHAN DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CLERK of SUPERIOR COURT for EFFINGHAM COUNTY, SHERIFF of EFFINGHAM COUNTY, GA,<br><br>    Defendant. | CIVIL ACTION NO.:  4:20-cv-244 |

**O R D E R**

The appeal in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 6th day of July, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA